NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J. M. D.,                                )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D17-3130
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed October 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Robert Bauman,
Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General, and
Laurie Benoit-Knox, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.